# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| COREY L. DIAMOND, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CA 19-936-CG-MU |
| | ) |
| FEDERAL BUREAU OF INVESTIGATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 13, 2019 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 16th day of December, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE