IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| COREY L. DIAMOND, | ) |  |
|---|---|---|
| Plaintiff, | ) ) ) |  |
| vs. | ) ) | CA 19-936-CG-MU |
| FEDERAL BUREAU OF INVESTIGATION, | ) ) ) ) |  |
| Defendant. | ) |  |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action be **DISMISSED WITH PREJUDICE**, prior to service of process, in accordance with 28 U.S.C. § 1915(e)(2)(B)(i), as barred by the applicable statute of limitations and because Plaintiff cannot bring a *Bivens* action against the FBI.

**DONE and ORDERED** this 16th day of December, 2019.

s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE